IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL MCCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated January 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02467-LTB-BNB

Glenn L. Hernet
Prisoner No. 92545
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

Laura Maynes-Cortez, Aristedes Zavaras,
Bul McCullar, Nathan Wiggin, and Bonnie Cantu - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Laura Maynes-Cortez, Aristedes Zavaras, Bul McCullar, Nathan Wiggin, and Bonnie Cantu; and to John Suthers; COMPLAINT FILED 11/27/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/28/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk