IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL MCCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff on April 21, 2008 (the "Motions"):

1. **Motion for Appointment of Counsel** [Doc. #26], and

2. **Motion for Order of the Court to Defendants** [Doc. #27].

The plaintiff seeks appointment of counsel to represent him in this matter. The plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 in a prisoner's civil rights case. Counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1) for this type of case. However, I do have broad discretion to direct the Clerk of the Court to attempt to obtain volunteer counsel for a plaintiff in a civil case. See DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993). In making this decision, I consider the following factors: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability

to present his claims, and (4) the complexity of legal issues raised by the claims. See Rucks v. Boergermann, 57 F.3d 978, 979 (10th Cir. 1995).

Here, the plaintiff's Complaint adequately presents his claims. The factual and legal issues raised by the plaintiff's claims are not complex. In addition, the allegations of the Complaint do not convince me that the plaintiff's chances of succeeding on the merits are strong. Consequently, the plaintiff's request for counsel is denied.

The plaintiff also seeks an order requiring the defendants to answer or otherwise respond to the Complaint. The defendants filed an Answer to the Complaint on March 21, 2008 [Doc. #28]. Accordingly, the plaintiff's request for an order is moot.

IT IS ORDERED Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that the Motion for Order of the Court to Defendants [Doc. #27] is DENIED AS MOOT.

Dated April 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge