IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL MCCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the plaintiff's **Motion for Judgment by Default** [Doc. #41, filed 6/12/08] (the "Motion"). I respectfully RECOMMEND that the Motion be DENIED.

The plaintiff seeks a default judgment against defendant Nathan Wiggin. However, Mr. Wiggin has never been served, and he is not in default. On February 4, 2008, the Legal Assistant for the Colorado Department of Corrections ("BOP") filed an Amended Waiver of Service of Summons [Doc. #13] stating that service is not waived for Mr. Wiggin because he is not a state employee and is no longer a contract employee with the DOC.

I respectfully RECOMMEND that the plaintiff's Motion for Judgment by Default be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections

waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. <u>In re Key Energy Resources Inc.</u>, 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. <u>United States v. One Parcel of Real Property</u>, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated July 14, 2008.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge