IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL MCCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

Defendants.
_____

**ORDER**
_____

On February 4, 2008, the Legal Assistant for the Colorado Department of Corrections ("DOC") filed an Amended Waiver of Service of Summons [Doc. #13] stating that service is not waived for defendant Nathan Wiggin because he is not a state employee and is no longer a contract employee with the DOC. Although the DOC provided the last known address for Mr. Wiggin, the DOC did not provide a complete street address. Accordingly,

IT IS ORDERED that within twenty days of the date of this Order, the DOC shall either provide the complete street address for Mr. Wiggin or inform the Court that the complete street address is unknown.

Dated July 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge