IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL MCCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2008

GREGORY C. LANGHAM
CLERK

---

**ORDER**

---

On February 4, 2008, the Legal Assistant for the Colorado Department of Corrections ("DOC") filed an Amended Waiver of Service of Summons [Doc. #13] stating that service is not waived for defendant Nathan Wiggin because he is not a state employee and is no longer a contract employee with the DOC. The DOC has recently provided the Court with the last known address of Mr. Wiggin [Doc. #47]. Accordingly,

IT IS ORDERED that the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon defendant Wiggin. All costs of service shall be advanced by the United States.

Dated July 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02467-LTB-BNB

Glenn L. Hernet
Prisoner No. 92545
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

US Marshal Service
Service Clerk
Service forms for: Nathan Wiggin

Chris W. Alber
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Nathan Wiggin; COMPLAINT FILED 11/27/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/23/08

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk