IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02467-LTB-BNB

GLENN L. HERNET,

      Plaintiff,

v.

LAURA MAYNES-CORTEZ,
ARISTEDES W. ZAVARAS,
BURL McCULLAR,
NATHAN WIGGIN, and
BONNIE CANTU,

      Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on July 14, 2008 (Doc 44). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion for Preliminary Injunction (Doc 11) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: August 4, 2008